UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN SKINNER, #202678

       Plaintiff,          Case No.  05-71150

v.          District Judge Nancy G. Edmunds
          Magistrate Judge R. Steven Whalen

JOHN ANDREW BEEMER,

       Defendant.
_____/

**ORDER DENYING MOTION TO EXTEND DISCOVERY**

      Before the Court is Plaintiff's Motion to Extend Discovery [Docket #16].  The Court has this day denied, without prejudice, Plaintiff's Motion to Amend Complaint [Docket #12] and his Motions to Appoint Counsel [Docket #14 and #22].  If any of those motions are properly refiled and granted, the Court would consider, and likely grant, an extension of discovery.  At this time, however, the Motion to Extend Discovery [Docket #16] is DENIED WITHOUT PREJUDICE.

      SO ORDERED.


                                          S/R. Steven Whalen
                                          R. STEVEN WHALEN
                                          UNITED STATES MAGISTRATE JUDGE

Dated:  May 30, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on May 30, 2006.

                    S/G. Wilson
                    Case Manager