UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN SKINNER, #202678

        Plaintiff,        Case No. 05-71150

v.        District Judge Nancy G. Edmunds
        Magistrate Judge R. Steven Whalen

JOHN ANDREW BEEMER,

        Defendant.
_____/

**ORDER DENYING MOTION TO EXTEND DISCOVERY**

Before the Court is Plaintiff's Motion to Extend Discovery [Docket #35], filed on June 21, 2007. On November 13, 2007, the Court entered a scheduling order [Docket #48], extending discovery to January 15, 2008. Accordingly, the present Motion to Extend Discovery [Docket #35] is DENIED AS MOOT.

        SO ORDERED.

        S/R. Steven Whalen
        R. STEVEN WHALEN
        UNITED STATES MAGISTRATE JUDGE

Dated: December 20, 2007

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys

-1-

and/or parties of record by electronic means or U.S. Mail on December 20, 2007.

                                                <u>S/G. Wilson</u>
                                                Judicial Assistant