UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN SKINNER, #202678

        Plaintiff,         Case No. 05-71150

v.         District Judge Nancy G. Edmunds
        Magistrate Judge R. Steven Whalen

JOHN ANDREW BEEMER, et.al.,

        Defendants.
_____/

**ORDER PARTIALLY STAYING SCHEDULING ORDER**

Pursuant to a scheduling order entered on November 13, 2007 [Docket #48], motions for summary judgment and other dispositive motions are due on January 23, 2008. All Defendants have filed motions to dismiss under Fed.R.Civ.P. 12(b)(6), raising issues of statute of limitations and qualified immunity. *See* Docket #52 and #53. If those motions are granted, summary judgment motions will be moot. In the interest of conserving resources, it would be prudent to stay the January 23, 2008 dispositive motion cut-off date pending resolution of the motions to dismiss.

Accordingly, the scheduling order [Docket #48] is STAYED as to the January 23, 2008 cut-off date for summary judgment and other dispositive motions, and the February 13, 2008 date for responses to such motions, pending disposition of the pending motions to dismiss.

-1-

SO ORDERED.

                                    S/R.  Steven Whalen
                                    R.  STEVEN WHALEN
                                    UNITED STATES MAGISTRATE JUDGE

Dated:  January 22, 2008

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on January 22, 2008.

                                    S/G.  Wilson
                                    Judicial Assistant