UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

John Skinner, #202678,

    Plaintiff,                                       Case No. 05-71150

v.                                                   Hon. Nancy G. Edmunds

John Andrew Beemer, et. al.,

    Defendants.
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

       This matter has come before the Court on the Magistrate Judge's Report and Recommendation. Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation and any objections thereto, the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation. It is further ordered that the motion to dismiss and/or for summary judgment filed by Defendant Don Morse is GRANTED, the motion to dismiss filed by Defendants John Beemer and Richard Mainprize is GRANTED, and the case is hereby DISMISSED WITH PREJUDICE.

       SO ORDERED.

                                          s/Nancy G. Edmunds
                                          Nancy G. Edmunds
                                          United States District Judge

Dated: March 11, 2008

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 11, 2008, by electronic and/or ordinary mail.

                                          s/Carol A. Hemeyer
                                          Case Manager